**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH ERNEST LOISEAU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-2100 |
| | ) | |
| LEONARD ODDO, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

AND NOW, this 23rd day of November, 2026, upon consideration of Respondents' Notice of Suggestion of Mootness (Docket No. 6) reporting that Petitioner was removed from the United States on November 5, 2026, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 3) is DISMISSED as moot. The Clerk of Court is to mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge